395 A.2d 1020

Commonwealth v. Fyock, Appellant.

Submitted April 10, 1978. John P. Dohanich, Assistant Public Defender, for appellant; John Lee Brown, Jr., Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.